455 A.2d 191

Commonwealth v. Sesso, Appellant.

Petition for Allowance of Appeal
Denied Sept. 7, 1983.

Submitted December 9, 1981. Robert F. Pappano, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The order of the lower court is affirmed.

455 A.2d 191

Commonwealth v. Tench, Appellant.

Submitted May 20, 1982. Paulette J. Balogh, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Judgment of sentence affirmed.